**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **IN RE: LAWNMOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICES LITIGATION** | Case No. 2:08-md-01999<br><br>Judge Lynn Adelman |
| **THIS DOCUMENT RELATES TO:**<br>All Actions | |

**ORDER GRANTING CO-LEAD CLASS COUNSEL'S MOTION TO CONSOLIDATE ESCROW FUND ACCOUNTS**

Co-Lead Class Counsel have moved the Court for an Order allowing Co-Lead Class Counsel to transfer all of the remaining funds in the Honda Escrow Account, Group of Six Escrow Account, Kawasaki Escrow Account and Kohler Escrow Account into a common escrow account established for the purpose of payments to the settlement administrator for distribution to authorized claimants in accordance with the Plan of Distribution approved by the Court and payment of attorneys' fees and expenses. The Court has given due consideration to the submission and the record of proceedings, and hereby grants this motion.

ACCORDINGLY, IT IS HEREBY ORDERED:

Co-Lead Class Counsel shall transfer all of the remaining funds in the Honda Escrow Account, Group of Six Escrow Account, Kawasaki Escrow Account and Kohler Escrow Account into a common escrow account established for the purpose of payments to the settlement administrator for distribution to authorized claimants in accordance with the Plan of Distribution approved by the Court and payment of attorneys' fees and expenses.

Dated February 24, 2011

/s_____
Lynn Adelman, District Judge

91431